**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jenny Racheal TYLER, Defendant–Appellant.**

**No. 15–1275.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 15, 2015.

Filed: June 18, 2015.

Lisa C. Williams, U.S., U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Cory Jon Goldensoph, Cedar Rapids, IA, for Defendant–Appellant.

Jenny Racheal Tyler, Waseca, MN, pro se.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

After revoking Jenny Tyler's supervised release for release-condition violations that

she admitted, the district court[1] sentenced her to 8 months in prison and 1 year of additional supervised release, and added a special release condition requiring that she reside in a residential reentry center for 180 days after her release from prison. On appeal, Tyler challenges as unreasonable the condition on placement in a residential reentry center. After careful review of the record, we conclude that the district court did not abuse its discretion: the court made an individualized inquiry into the facts and circumstances underlying the case, and the special release condition was reasonably related to the 18 U.S.C. § 3553 sentencing factors. *See* 18 U.S.C. § 3583(d); *United States v. Wiedower*, 634 F.3d 490, 493 (8th Cir.2011) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Judge for the Northern District of Iowa.